**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | |
|---|---|
| Suzanne Hoffnagle, | Civil Action No. 4:21-cv-1809-JD-TER |
| Plaintiff, | |
| vs. | **PLAINTIFF'S STATEMENT** |
| | **REGARDING MEDIATION** |
| City of North Myrtle Beach, | |
| Defendant. | |

Pursuant to Local Civil Rule 16.03 and this court's Order of December 21, 2021, the undersigned counsel hereby certifies she has (1) provided the Plaintiff with Judge Dawson's standing Order dated July 12, 2021; (2) discussed the availability of mediation with her client; and (3) discussed the advisability and timing of mediation with opposing counsel.  Plaintiff agrees to mediation and the parties have not chosen a mediator or a date at this point.

Respectfully submitted,

s/Pamela R. Mullis
Pamela R. Mullis
MULLIS LAW FIRM
Post Office Box 7757
Columbia, South Carolina 29202
(803) 799-9577

June 28, 2022
Columbia, South Carolina

ATTORNEY FOR THE PLAINTIFF